<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 99-2437**

---

LUTHER C. EDMONDS,

Appellant,

ELITE CHILD, INCORPORATED,

Plaintiff - Appellant,

versus

SCHRODER CHESAPEAKE, INCORPORATED, t/a Green-
brier Mall; E. PRESTON GRISSOM, individually
and in his capacity of Judge, Judicial Circuit
of Virginia, Circuit Court of the City of
Chesapeake,

Defendants - Appellees.

---

**No. 00-1228**

---

SHERRY D. BATTLE,

Appellant,

ELITE CHILD, INCORPORATED,

Plaintiff - Appellant,

versus

SCHRODER CHESAPEAKE, INCORPORATED, t/a Green-
brier Mall; E. PRESTON GRISSOM, individually
and in his capacity of Judge, Judicial Circuit
of Virginia, Circuit Court of the City of
Chesapeake,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Richard L. Williams, Senior District
Judge.  (CA-98-488-2)

_____

Submitted:  June 15, 2000                    Decided:  June 20, 2000

_____

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Barry Ray Taylor, SCIALDONE & TAYLOR, INC., Virginia Beach, Vir-
ginia, for Appellants; Sherry D. Battle, Appellant Pro Se.  Alan
Brody Rashkind, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Vir-
ginia; Edward Meade Macon, OFFICE OF THE ATTORNEY GENERAL OF
VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Luther C. Edmonds, Sherri D. Battle, and Elite Child, Inc., appeal the district court's orders awarding sanctions and attorneys fees and enjoining Appellants from filing other federal lawsuits against Virginia state court judges absent authorization from a federal judge.  We have reviewed the record and the district court's orders and find that the district court did not abuse its discretion.  See Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 400-02 (1990).  Accordingly, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED